# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 111 WM 2020 |
| Respondent | : | |
| v. | : | |
| DEVINE A. CAMPBELL, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of March, 2021, in light of the February 2, 2021 order issued by the Court of Common Pleas of Mercer County, the "Permission from the Supreme Court to File a Petition for Allowance of Appeal *Nunc Pro Tunc*" is GRANTED. Petitioner has 30 days in which to file his Petition for Allowance of Appeal.